UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                   CASE NO. 05 B 38646
   RAYMOND A VALZANO
                                         CHAPTER 13

                                         JUDGE: A. BENJAMIN GOLDGAR
        Debtor
   SSN XXX-XX-4491
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 09/20/05 and confirmed on 01/27/06.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $   4500.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SCOTT & GOLMAN | UNSECURED | NOT FILED | .00 | .00 |
| GPO AMERICA ONLINE | UNSECURED | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 1470.27 | .00 | 153.82 |
| IC SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| CAINE & WEINER | UNSECURED | NOT FILED | .00 | .00 |
| SORIS CASE CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| NEW HOLLAND CREDIT CO | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1148.17 | .00 | 120.12 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2112.42 | .00 | 221.00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS TITLE LOANS | UNSECURED | NOT FILED | .00 | .00 |
| LEASECOMM CORP | UNSECURED | 4911.48 | .00 | 513.84 |
| MARATHON | UNSECURED | 873.89 | .00 | 91.43 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 1445.82 | .00 | 151.26 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| NOVACARE | UNSECURED | 6120.00 | .00 | 640.28 |
| NORTH SHORE AGENCY | UNSECURED | NOT FILED | .00 | .00 |
| PROVIDIAN BANK | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT COLLECTION SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS | UNSECURED | .00 | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| RAYMOND HENEHAN & ASSOC | UNSECURED | 1000.61 | .00 | 104.68 |

```
ASSET ACCEPTANCE CORP      UNSECURED        514.79          .00          53.86
YELLOW BOOK OF ILLINOIS    UNSECURED     NOT FILED          .00            .00
T MOBILE                   UNSECURED     NOT FILED          .00            .00
TCF BANK                   UNSECURED     NOT FILED          .00            .00
METRO SELF STORAGE         UNSECURED     NOT FILED          .00            .00
VERIZON WIRELESS           UNSECURED     NOT FILED          .00            .00
VERIZON WIRELESS           UNSECURED     NOT FILED          .00            .00
WEISZ & MICHLING           UNSECURED     NOT FILED          .00            .00
WFNNB/SRV MERCHANDISE      UNSECURED     NOT FILED          .00            .00
```

Summary of disbursements:

```
                    SECURED     PRIORITY    UNSECURED        OTHER        TOTAL

TOTAL CLMS ALLOWED      .00          .00     19597.45          .00     19597.45
PRINCIPAL PAID          .00          .00      2050.29          .00      2050.29
INTEREST PAID           .00          .00           .00         .00           .00
TOTAL PAID              .00          .00      2050.29          .00      2050.29
```

The Debtor's attorney, DAVID M SIEGEL            , was allowed $   2700.00
and was paid $    456.00   direct and $   2244.00   through the plan.

The Trustee received $     205.71 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


```
    Dated: 06/23/08                    /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE
```